**Electronically Filed
Supreme Court
SCWC-21-0000507
14-NOV-2022
08:10 AM
Dkt. 9 ODAC**

SCWC-21-0000507

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

KALAHEO ENOKA RAY SAUCEDA, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000507; Case No. 2DTC-21-601271)

ORDER DENYING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

The application for writ of certiorari filed on September 19, 2022, by Petitioner/Defendant-Appellant Kalaheo Enoka Ray Sauceda is hereby rejected.

DATED:    Honolulu, Hawai'i, November 14, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

